# Court of Appeals
# of the State of Georgia

ATLANTA,  October 17, 2023

*The Court of Appeals hereby passes the following order:*

**A24A0176. GREGORY PARKER v. THE STATE**

The appellant in this case failed to comply with the notice of docketing mailed by this Court and with Court of Appeals Rule 23(a), regarding the filing of an enumeration of errors and brief within twenty days after the appeal was docketed. See also Court of Appeals Rule 13.

On September 11, 2023, the appellant filed a motion for a 30 day extension in which to file their brief. On September 14, 2023, this Court entered an order granting the appellant's motion and ordering appellant's enumeration of errors and brief to be filed no later than October 11, 2023.

On October 12, 2023, the appellant file a second motion for additional 30 day extension in which to file their brief. On October 12, 2023, this Court ordered the appellant to file an enumeration of error and a brief no later than October 16, 2023. As of the date of this order, the appellant's enumeration of errors and brief still have not been filed. Accordingly, this appeal is deemed abandoned and is hereby ordered DISMISSED. Court of Appeals Rules 7, 23(a).



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta,  10/17/2023

   I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

   Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.